# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140301 & (37)

BRONSON METHODIST HOSPITAL,
     Plaintiff-Appellant,

v

ALLSTATE INSURANCE COMPANY,
     Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140301
COA: 286087
Kalamazoo CC: 08-000066-NF

     On order of the Court, the motion to hold the application for leave to appeal in abeyance for *University of Michigan Regents, et al v Titan Insurance Company*, (Docket No. 136905) is considered, and it is GRANTED. We ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

p0517

_____
Clerk